# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENDY CONTINUE, INC., a California corporation, <br><br> Plaintiff <br><br> v. <br><br> ONLY J CORP., a California corporation dba OJ TEXTILE; PROSPERO, INC., a California corporation; FRANCESCA'S COLLECTIONS, INC., a Texas corporation; and DOES 1-10, inclusive, <br><br> Defendants. | **CASE NO. CV-14-04273-JAK-SH** <br><br> **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION** <br><br> **JS-6** |

Having reviewed the Stipulation of the Parties re Dismissal of Entire Action,

IT IS HEREBY ORDERED THAT:

This entire action is hereby dismissed with prejudice pursuant to Fed.R. Civ. P. 41(a)(1)(A)(ii).

DATED: September 12, 2014   By: _____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1

**ORDER DISMISSING ENTIRE ACTION**